*Jacob H. Berman* for appellants. *Mr. Robert Hale* for appellees. Reported below: 129 Me. 407; 152 Atl. 413.

No. 80. WASHINGTON EX REL. CLITHERO ET AL. *v.* SHO-WALTER ET AL. Jurisdictional statement submitted October 12, 1931. Decided October 19, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Wabash Ry. Co.* v. *Flannigan*, 192 U. S. 29; *Erie R. Co.* v. *Solomon*, 237 U. S. 427; *C. A. King & Co.* v. *Horton*, 276 U. S. 600; *Bank of Indianola* v. *Miller*, 276 U. S. 605; *Roe* v. *Kansas*, 278 U. S. 191. *Messrs. Raymond M. Hudson* and *Robert L. Edmiston* for appellants. *Messrs. John H. Dunbar* and *E. W. Anderson* for appellees.

No. 105. WALNUT & QUINCE STREETS CORP. *v.* MILLS, SUPERINTENDENT OF PUBLIC SAFETY, ET AL. Jurisdictional statement submitted October 12, 1931. Decided October 19, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Wabash Ry. Co.* v. *Flannigan*, 192 U. S. 29; *Erie R. Co.* v. *Solomon*, 237 U. S. 427; *C. A. King & Co.* v. *Horton*, 276 U. S. 600; *Bank of Indianola* v. *Miller*, 276 U. S. 605; *Roe* v. *Kansas*, 278 U. S. 191. *Messrs. Maurice Bower Saul, Walter Biddle Saul,* and *Earl G. Harrison* for appellant. *Mr. G. Coe Farrier* for appellees.

No. 136. PASSERA ET AL. *v.* PONTCHARTRAIN REALTY Co., INC. Jurisdictional statement submitted October 12, 1931. De-